UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IVAN VLADIMIR VARGAS, | No. 2:25-cv-03245-JDE |
| Plaintiff, | ORDER AWARDING ATTORNEY |
| v. | FEES UNDER THE EQUAL |
| FRANK BISIGNANO, | ACCESS TO JUSTICE ACT, |
| Commissioner of Social Security, | 28 U.S.C. § 2412(d) |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 30), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: February 24, 2026___

_____
JOHN D. EARLY
United States Magistrate Judge